IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA TATE-LEE                                                                                    PLAINTIFF

V.                                          CASE NO. 4:10cv00004 JMM

REGIONS FINANCIAL CORPORATION and                                              DEFENDANTS
REGIONS BANK

## ORDER

The joint motion to dismiss Plaintiff's complaint (DE #26) is granted. The complaint is dismissed as to Regions Financial Corporation and Regions Bank, closing the case.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED THIS 27th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE