IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA TATE-LEE                                                                                    PLAINTIFF

V.                                    CASE NO. 4:10cv00004 JMM

REGIONS FINANCIAL CORPORATION and                                      DEFENDANTS
REGIONS BANK

ORDER

The order granting the joint motion to dismiss (DE #27) is amended to reflect that the case is dismissed with prejudice.

IT IS SO ORDERED THIS 28th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE